**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
Jamie Kovacs

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMIE KOVACS,**<br><br>Plaintiff,<br><br>v.<br><br>**CONVERGENT OUTSOURCING, INC. AND CACH, LLC,**<br><br>Defendants. | **Case No.:** 8:22-cv-00221-SSS-JDE<br><br>*HON. SUNSHINE S. SYKES*<br>*HON. MAG. JOHN D. EARLY*<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until April 3, 2023 to file the expected Stipulation of Dismissal.

Respectfully submitted,

**THE CARDOZA LAW CORPORATION**

DATED:  February 1, 2023

BY: /S/LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
JAMIE KOVACS

# CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on February 1, 2023, I electronically filed a true and correct copy of the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: February 1, 2023

**THE CARDOZA LAW CORPORATION**

BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Attorney for Plaintiff,
Jamie Kovacs