**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Jamie Kovacs

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMIE KOVACS,**<br><br>         Plaintiff,<br><br>    v.<br><br>**CONVERGENT OUTSOURCING, INC. AND CACH, LLC,**<br><br>         Defendants. | **Case No.:** 8:22-cv-00221-SSS-JDE<br><br>*HON. SUNSHINE S. SYKES*<br>*HON. MAG.  JOHN D. EARLY*<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiff **JAMIE KOVACS,** and Defendants **CONVERGENT OUTSOURCING, INC. and CACH, LLC,** hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to all parties named herein, with each party bearing that party's own attorneys' fees and costs, provided that the Court retain ancillary jurisdiction for enforcement of the Settlement Agreement between the Parties in its Order.

**THE CARDOZA LAW CORPORATION**

DATED: March 15, 2023    BY: /s/ LAUREN B. VEGGIAN
              MICHAEL F. CARDOZA, ESQ.
              LAUREN B. VEGGIAN, ESQ.
              ATTORNEYS FOR JAMIE KOVACS

**SESSIONS ISRAEL & SHARTLE, L.L.P.**

DATED: March 15, 2023    BY: /s/ JAMES K. SCHULTZ,
              JAMES K. SCHULTZ,
              ATTORNEY FOR DEFENDANT,
              CONVERGENT OUTSOURCING, INC.

**YU | MOHANDESI LLP**

DATED: March 15, 2023    BY: /s/ B. BEN MOHANDESI,
              JORDAN S. YU, KRISTEL A. ROBINSON
              B. BEN MOHANDESI, JORDAN S. YU,
              KRISTEL A. ROBINSON, ESQ.
              ATTORNEY FOR DEFENDANT,
              CACH, LLC

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on March 15, 2023, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: March 15, 2023

THE CARDOZA LAW CORPORATION

BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
ATTORNEY FOR PLAINTIFF,
JAMIE KOVACS