# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE KOVACS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONVERGENT OUTSOURCING, INC. AND CACH, LLC,<br><br>　　　　Defendants. | **Case No.:** 8:22-cv-00221-SSS-JDEx<br><br>*HON. SUNSHINE S. SYKES*<br>*HON. MAG. JOHN D. EARLY*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: March 16, 2023

HON. SUNSHINE S. SYKES
United States District Judge